1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MEREDITH B. OSBORN (CABN 250467)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6774
7      FAX: (415) 436-7234
       meredith.osborn@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-511 HSG |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME FROM DECEMBER 3, 2018 TO DECEMBER 17, 2018 |
| v. | |
| KEVONTE GORDON, DEVIN HAIRSTON, and MALIK JACKSON, | |
| Defendant. | |

The defendants, KEVONTE GORDON, represented by JAMES THOMSON, Esquire, DEVIN HAIRSTON, represented by JEFFREY BORNSTEIN, Esquire, MALIK JACKSON, represented by JULIANA DROUS, Esquire, and the government, represented by AUSA MEREDITH B. OSBORN, Assistant United States Attorney, appeared before the Court on December 3, 2018, for a status hearing. The government reported that it had produced initial discovery to defendants, but that there was additional discovery to be produced pursuant to a protective order. The Court set a further status hearing for December 17, 2018.

The parties requested that time be excluded under the Speedy Trial Act between December 3, 2018, and December 17, 2018, for effective preparation of counsel.

ORDER EXCL. TIME UNDER S.T.A.
CR 17-00396 SI                              1

|   |   |   |
|---|---|---|
| 1 | For this reason and as further stated on the record at the status conference, the parties stipulate |
| 2 | and agree that excluding time until December 17, 2018 will allow for the effective preparation of |
| 3 | counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of |
| 4 | justice served by excluding the time from December 3, 2018, through December 17, 2018 from |
| 5 | computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a |
| 6 | speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). |
| 7 | The undersigned Assistant United States Attorney certifies that she has obtained approval from |
| 8 | counsel for the defendant to file this stipulation and proposed order. |
| 9 | IT IS SO STIPULATED. |

DATED: 12/12/2018
　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　MEREDITH B. OSBORN
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: 12/12/2018
　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　JAMES THOMSON
　　　　　　　　　　　　　　　　　　Counsel for Defendant Kevonte Gordon

DATED: 12/12/2018
　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　JEFFREY BORNSTEIN
　　　　　　　　　　　　　　　　　　Counsel for Defendant Devin Hairston

DATED: 12/12/2018
　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　JULIANA DROUS
　　　　　　　　　　　　　　　　　　Counsel for Defendant Malik Jackson

**ORDER**

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between December 3, 2018, and December 17, 2018, would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between December 3, 2018, and December 17, 2018, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between December 3, 2018, and December 17, 2018, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: <u>December 13, 2018</u>

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge